**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LUZ CONSUELO SUAREZ,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | |
| **v.** | § | **No. 3:26-CV-01798-LS** |
| | § | |
| **DEPARTMENT OF HOMELAND SECURITY,** | § | |
| | § | |
| | § | |
| ***Respondent*.** | § | |

**ORDER DISMISSING CASE**

Petitioner Luz Consuelo Suarez filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging her detention by Immigration and Customs Enforcement ("ICE").[1]

"[W]hen an alien is ordered removed, the Attorney General shall remove the alien from the United States within a period of 90 days."[2] The Supreme Court holds, however, that detention for up to six months to effect the deportation is presumptively reasonable.[3] "After this six-month period, once the alien provides good reason to believe there is no significant likelihood of removal in the reasonably foreseeable future, the Government must respond with evidence sufficient to rebut that showing."[4] Petitioner's order of removal became final on April 10, 2026.[5] Thus, she is still within the six-month period where the Supreme Court held that detention was presumptively reasonable.

---

[1] ECF No. 1.
[2] 8 U.S.C. § 1231(a)(1)(A).
[3] *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001).
[4] *Id.*
[5] ECF No. 4 at 1; ECF No. 4-1 at 1.

Petitioner also states that she is challenging her removal order.[6] This Court has no jurisdiction to address the validity of Petitioner's removal order.[7]

For the foregoing reasons, Petitioner's habeas petition is **DISMISSED WITHOUT PREJUDICE**. All pending motions are denied. The Clerk shall close this case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on July 31, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

[6] ECF No. 1 at 2.
[7] 8 U.S.C. § 1252(a)(5).